■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL GARCIA, Appellant.—Appeal unanimously dismissed and matter remitted to Supreme Court, Erie County, to vacate the judgment of conviction and dismiss the indictment (see, People v Matteson, 75 NY2d 745). (Appeal from judgment of Supreme Court, Erie County, Francis, J.—burglary, second degree.) Present—Callahan, J. P., Doerr, Denman, Lawton and Davis, JJ.